### MAY 15, 1945

**No. 50206.—**SUIT 4486.—

*United States* v. *Jos. Riedel Glass Works, Inc.* C. D. 849 affirmed March 28, 1945. C. A. D. 307.

### BEFORE THE SECOND DIVISION, MAY 24, 1945

**No. 50207.—**Protest 936767–G of Isler & Co., Inc. (New York).

Opinion by TILSON, J. The record showed that certain items of the merchandise consist of hemp knotted straw hats the same in all material respects as those the subject of Abstract 46497, which record was admitted in evidence herein. In accordance therewith the items of merchandise in question were held dutiable as claimed.

**No. 50208.—**Protest 939219–G of East Asiatic Co., Inc. (New York).

Opinion by TILSON, J. The record showed that certain items of the merchandise consist of sisal hats similar in all material respects to those the subject of *United States* v. *Armand Schwab* (30 C. C. P. A. 72, C. A. D. 218), which record was admitted in evidence herein. In accordance therewith the items of merchandise in question were held dutiable as claimed.

**No. 50209.—**Protests 947862–G, etc., of American Straw Goods Co. (New York).

Opinion by TILSON, J. The record showed that certain items of the merchandise consist of hats composed of manila hemp similar in all material respects to those the subject of *United States* v. *Armand Schwab* (30 C. C. P. A. 72, C. A. D. 218), which record was admitted in evidence herein. In accordance therewith the items of merchandise in question were held dutiable as claimed.